JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI DIXON
Assistant United States Attorney
Nevada Bar Number 15724
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270/Fax: 702.388.6418
Imani.Dixon@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSE LUIS MONTUFAR-CANALES, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No.:   2:22-mj-00460-BNW<br><br>**JOINT STATUS REPORT** |

Plaintiff, UNITED STATES OF AMERICA, by and through Jason M. Frierson, United States Attorney and Imani Dixon, Esq., Assistant United States Attorney, and Defendant, JOSE LUIS MONTUFAR-CANALES, by and through his counsel, Jose Pallares, Esq., hereby files this Joint Status Report and jointly request the Status Report currently scheduled for April 21, 2023, be vacated and continued for one (1) week.

1. On or about August 17, 2022, defendant entered into a Petty Offense Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of 36 C.F.R. § 4.23(a)(2). *See* ECF No. 8.

2. The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500.00 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lowe Court Counseling's (1)

DUI course and (2) Victim Impact Panel; (iii) complete a eight (8) hour online alcohol awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six (6) months; and (v) not violate any local, state, or federal laws.

3. On August 17, 2022, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 11.

4. Since commencing his term of unsupervised probation, defendant has successfully completed all conditions except for the DUI course and needs an additional week to offer the Court the completion of this condition.

5. The parties jointly request a one (1) week continuance.

6. This is the <u>second</u> request to continue the Status Report due date.

DATED this 20th day of April, 2023.

Respectfully submitted,
JASON M. FRIERSON
United States Attorney

_/s/ Jose Pallares_  
JOSE PALLARES, ESQ.
Attorney for Defendant

_/s/ Imani Dixon_  
IMANI L. DIXON, ESQ.
Assistant United States Attorney

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>     Plaintiff, )<br>     )<br>vs. )<br>     )<br>JOSE LUIS MONTUFAR-CANALES, )<br>     )<br>     Defendant. )<br>     )<br>_____ ) | Case No.:   2:22-mj-00460-BNW<br><br>**ORDER** |

**ORDER**

IT IS HEREBY ORDERED that the Status Report due date currently set for April 21, 2023, be continued to  April 28, 2023  .

DATED this  25th  day of April, 2023

_____
UNITED STATES MAGISTRATE JUDGE

3